**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2341**

CHARLENE E. TYLER,

                    Plaintiff – Appellant,

          v.

PALMETTO GBA,

                    Defendant – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:09-cv-01119-CMC)

Submitted:  May 24, 2010            Decided:  June 15, 2010

Before NIEMEYER, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William T. Toal, JOHNSON, TOAL & BATTISTE, P.A., Columbia, South
Carolina, for Appellant.  Kathryn Thomas, Fred A. Williams,
GIGNILLIAT, SAVITZ & BETTIS, L.L.P., Columbia, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlene E. Tyler appeals the district court's judgment in Palmetto GBA's favor on Tyler's claim for severance pay, brought pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C.A. §§ 1001 to 1461 (West 2008 & Supp. 2009). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Tyler v. Palmetto GBA, No. 3:09-cv-01119-CMC (D.S.C. filed Nov. 2, 2009, entered Nov. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED